**GREENBERG TRAURIG LLP**
Hal M. Hirsch (HH 0417)
David Jay (DJ 7221)
200 Campus Drive
P.O. Box 677
Florham Park, NJ 07932-0677
(973) 360-7900
*Attorneys for the AremisSoft Corporation Liquidating Trust*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>AREMISSOFT CORPORATION,<br>a Delaware corporation,<br><br>           Debtor.<br><br>- AND -<br><br>In re:<br><br>AREMISSOFT CORP.<br>SECURITIES LITIGATION | Civil Action No. 02-CV-01336 (JAP)<br>Honorable Joel A. Pisano, U.S.D.J.<br><br>Chapter 11<br>Bankruptcy Case No. 02-32621 (RG)<br><br><br><br><br>Civil Action No. 01-CV-2486 (JAP)<br><br>**NOTICE OF MOTION OF THE AREMISSOFT CORPORATION LIQUIDATING TRUST FOR AN ORDER DISALLOWING DUPLICATE AND/OR UNDELIVERABLE CLAIMS AND PROVIDING RELATED RELIEF**<br><br>*Returnable: Monday, May 23, 2005* |

**TO:** THE PARTIES LISTED IN THE ATTACHED CERTIFICATION OF SERVICE

**PLEASE TAKE NOTICE** that on Monday, May 23, 2005, at 10:00 a.m., or as soon thereafter as counsel may be heard, THE AREMISSOFT CORPORATION LIQUIDATING TRUST (the "Trust"), by JOSEPH P. LASALA and FRED S. ZEIDMAN, co-trustees (the "Trustees" or "movants"), by and through the Trust's undersigned counsel, Greenberg Traurig, LLP, shall move before the Honorable Joel A. Pisano, U.S.D.J., United States District Court for the District of New Jersey, U.S. Post Office Building & U.S. Courthouse, Federal Square, Newark, New Jersey, for entry of an Order disallowing certain duplicate and/or undeliverable claims filed against the Trust and providing related relief.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, the movants will rely upon the Affidavit of Joseph LaSala and Exhibit "A" thereto submitted herewith. Pursuant to L. Civ. R. 7.1(d), the Trust respectfully submits that due to the straightforward nature of its motion, a brief is not necessary.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested on this motion unless opposition papers are filed and served.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

GREENBERG TRAURIG LLP
Attorneys for Plaintiff


By: s/ David Jay
    Hal M. Hirsch
    David Jay
200 Campus Drive
P.O. Box 677
Florham Park, New Jersey 07932-0677
(973) 360-7900

*Attorneys for the AremisSoft Corporation Liquidating Trust*

Dated: April 29, 2005