# VERIFICATION

State of New Jersey )
)
County of ESSEX )

Joseph P. LaSala, being duly sworn, deposes and says:

I am a Trustee of the AremisSoft Liquidating Trust created by Order of the United States District Court for the District of New Jersey to represent AremisSoft's post-Chapter 11 estate and its claimant beneficiaries. I have read the *Motion of the AremisSoft Corporation Liquidating Trust for an Order Disallowing Duplicate and/or Undeliverable Claims and Providing Other Related Relief* and the same is true to my own knowledge.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2005

*Joseph P. LaSala*

Sworn before me this
21 day of April, 2005

*Joseph M. Morris III*
Notary Public
Attorney at Law, State of New Jersey