UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>AREMISSOFT CORPORATION,<br>a Delaware corporation,<br><br>          Debtor. | : Civil Action No.<br>: 02-CV-01336 (JAP)<br>: Honorable Joel A. Pisano<br>:<br>: Chapter 11<br>: Bankruptcy Case No.<br>: 02-32621 (RG) |
| - AND - | |
| In re:<br><br>AREMISSOFT CORP.<br>SECURITIES LITIGATION | :<br>:<br>:<br>: Civil Action No.<br>: 01-CV-2486 (JAP)<br>: |

**ORDER ON CONSENT APPROVING UPDATED DISTRIBUTION
PERCENTAGES FOR FIRST INTERIM CASH DISTRIBUTION
OF NET TRUST RECOVERIES TO AUTHORIZED CLAIMANTS**

Upon the *Ex Parte Application of the AremisSoft Corporation Liquidating Trust for an Order, on Consent, Approving Updated Trust Distribution Percentages for First Interim Cash Distribution of Net Trust Recoveries to Authorized Claimants* (the "Application"), filed on behalf of the AremisSoft Corporation Liquidating Trust (the "Trust"), seeking approval of the Trust distribution percentages for the first interim cash distribution (the "First Interim Cash Distribution") of "Net Trust Recoveries" to "Authorized Claimants" (each as defined in that certain, *Corrected Order (1) Approving the Allocation, and*

*Directing the Distribution of, Shares of Softbrands Common Stock to Authorized Claimants, and (2) Approving Trust Distribution Percentages for Distribution of Net Trust Recoveries to Authorized Claimants, Entered Nunc Pro Tunc to February 25, 2004,* dated March 2, 2004 (the "First Distribution Order")), which Trust distribution percentages ("Trust Distribution Percentages") are identified on the schedule annexed to the Affidavit of Shandarese Garr of The Garden City Group, the Trust's Claim Administrator, filed in support of the Application (the "Garr Affidavit"); and upon the Garr Affidavit; and upon the Initial Distribution Order; and this Court having determined that the proposed Trust Distribution Percentages should be approved as set forth in the Garr Affidavit; and other good and sufficient cause appearing; it is

ORDERED, that the Claim Administrator's calculations of the Trust Distribution Percentages for the First Interim Cash Distribution to Authorized Claimants are approved, and that any Net Trust Recoveries made available for distribution to Authorized Claimants are to be allocated to the Authorized Claimants in proportion to the percentage interests shown in the printout of accepted claims submitted with and described in the Garr Affidavit; and it is further

ORDERED, that for the sake of administrative convenience and expense, no distribution to Authorized Claimants shall be made in an amount less than ten ($10.00) dollars, and it is further

ORDERED, that the Trustees shall have the authority to consider and pay the expenses of the Claim Administrator and other expenses of distribution, in the sole discretion of the Trustees; and it is further

ORDERED, that this Court shall retain jurisdiction and authority to enforce, and resolve any disputes with respect to implementation of, this Order.

Dated: June 9, 2005

_____
JOEL A. PISANO
UNITED STATES DISTRICT COURT JUDGE