UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>AREMISSOFT CORPORATION, a Delaware corporation,<br><br>Debtor.<br><br>- AND -<br><br>In re:<br><br>AREMISSOFT CORP. SECURITIES LITIGATION | Civil Action No.<br>02-CV-01336 (JAP)<br>Honorable Joel A. Pisano<br><br>Chapter 11<br>Bankruptcy Case No.<br>02-32621 (RG)<br><br>Civil Action No.<br>01-CV-2486 (JAP) |

## SUPPLEMENTAL AFFIDAVIT OF SHANDARESE GARR REGARDING THE FIRST INTERIM CASH DISTRIBUTION FROM THE AREMISSOFT LIQUIDATING TRUST

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF SUFFOLK  )

SHANDARESE GARR, being duly sworn, deposes and says:

1. I am the Vice President of Securities Operations for The Garden City Group, Inc. ("GCG") GCG was retained as the Claims Administrator in connection with the of the above-captioned matters (the "Litigation"). I have personal knowledge of the facts stated herein.

2. In accordance with the Order on Consent Approving Updated Distribution Percentages for First Interim Cash Distribution of Net Trust Recoveries to Authorized Claimants issued by this Court, dated June 9, 2005, GCG distributed to Authorized Claimants their share of a certain fund of $139,999,999.69 (the "Fund") established by the AremisSoft Liquidating Trust (the "Trust"), by pre-paid, first class mail, on June 23, 2005. My affidavit attesting to the distributions made on June 23, 2005 was filed with this Court on August 23, 2005.

3.  Subsequent to the distribution made on June 23, 2005 GCG received requests from 305 Authorized Claimants representing distributions of $6,051,286.70, asking for their initial checks from the First Interim Cash Distribution be re-issued. These Authorized Claimants requested re-issues due to (i) changes of address, or (ii) their never having received a check in the mail. GCG also received 73 checks returned in the mail with notifications of updated addresses, representing distributions of $259,234.00. GCG updated all address changes where applicable and on August 30, 2005, we mailed 378 checks in the aggregate amount of $6,310,520.70 to these Authorized Claimants. Attached hereto as Exhibit A is a list of the Authorized Claimants to whom distribution were re-issued. Attached hereto as Exhibit B is the check stub that accompanied those re-issues.

4.  Following the August 30, 2005 mailing, GCG received requests from additional Authorized Claimants representing distributions of $784,302.93, asking for their initial checks from the First Interim Cash Distribution to be re-issued. GCG updated all address changes where applicable and on September 14, 2005, we mailed checks to these Authorized Claimants. Attached hereto as Exhibit C is the record of that distribution. The checkstub accompanying these re-issues is as set forth in Exhibit B.

SHANDARESE GARR

Sworn to before me this
3rd day of October, 2005

NOTARY PUBLIC

ANNE M. FIORE
NOTARY PUBLIC, State of New York
No. 01FI4988154
Qualified in Suffolk County
Commission Expires November 4, 2005

# Exhibit A

| MC64N | | | Exhibit A Reissues through 8/30/05 | | | Page 1 of 9 |
|---|---|---|---|---|---|---|
| MC64N842 | | | AREMISSOFT, INC. | | | 03-Oct-05  3:13 PM |
| Claim # | Net Amount | Award | Description | City / Country | State | Zip |
| 2013606 | -2,307,106 68 | 647,325.04 | ***LIFETIME ACHIEVEM | OMAHA | NE | 68118 |
| 100507 | -59,946.82 | 16,819.80 | ***STEIN, ARTHUR L | LOS ANGELES | CA | 90067 |
| 1330 | -48,093.11 | 13,493 90 | **BATES, DAVID | AUSTRALIA | | |
| 2001015 | -32,448 51 | 9,104.36 | ABBOTT, WALTER H | WASHINGTON | DC | 20016 |
| 2001014 | -4,613.16 | 1,294 35 | ABBOTT, WALTER H | WASHINGTON | DC | 20016 |
| 5629 | -6,488.00 | 1,820 39 | ADDISON, BLAIR | CANADA | | |
| 2004797 | -46,515.96 | 13,051.39 | AIN, MARK STUART | LEXINGTON | MA | 02421 |
| 100122 | -76,600.00 | 21,492 33 | ALDER, BRENDA MARIE | CINCINNATI | OH | 45277 |
| 327 | -83,004.65 | 23,289 34 | ALDER, ROBERT D | CINCINNATI | OH | 45277 |
| 5002777 | -359.94 | 100 99 | ALKHAWARIZMI - KUWAI | KUWAIT | | |
| 5007790 | -582.28 | 163.38 | AL-MADANI, MOHAMED M | KENT | OH | 44240 |
| 2002321 | -144.84 | 40 64 | ANDERSON JR, EVERETT | ROCK ISLAND | IL | 61201 |
| 5011057 | -8,099 95 | 2,272.67 | ANTONIO, JULIO J | LAKE WORTH | FL | 33461 |
| 2009765 | -7,903.02 | 2,217 42 | APPLE, PHILLIP B | ST PETERSBURG | FL | 33707 |
| 100405 | -2,158 25 | 605.56 | AREM, KAREN J. | CANANDAIGUA | NY | 14424 |
| 2014848 | -18,802.20 | 5,275 50 | ARMSTRONG, GERALD R | RICHMOND | VA | 23235 |
| 2009922 | -2,561 00 | 718 56 | ASSELIN, KELLY | SPARTANBURG | SC | 29302 |
| 2013626 | -6,898 60 | 1,935.60 | AURORA, TERRANCE L | MERIDIAN | ID | 83642 |
| 5003900 | -552.13 | 154 92 | BACKSTROM, DONALD R | MINNEAPOLIS | MN | 55438 |
| 5001261 | -8,242 88 | 2,312 78 | BALASQUIDE, LUIS A | OVIEDO | FL | 32766 |
| 2001933 | -10,627 92 | 2,981.97 | BALL, ROBERT | SAN MARCOS | CA | 92078 |
| 5954 | -72.34 | 20.30 | BARENBRUG, ALLISON | LOS ANGELES | CA | 90048 |
| 2011806 | -57,730 75 | 16,198.02 | BASLER, DAVID A | GROVE CITY | OH | 43123 |
| 2354 | -4,005.40 | 1,123.83 | BAYER, KARL | AUSTIN | TX | 78759 |
| 3952 | -41,190 88 | 11,557.28 | BEARELY CORP | NEW YORK | NY | 10038 |
| 2013616 | -5,647.48 | 1,584 56 | BECKMAN, ALBERTA A | HASTINGS | NE | 68901 |
| 5007598 | -899.80 | 252 46 | BENDAS, CARL P. | HONOLULU | HI | 96815 |
| 5007605 | -1,140.65 | 320.04 | BENNETT, SANDRA K | ATLANTIC | NC | 28511 |
| 5004425 | -321.83 | 90 30 | BENSON, WARREN FRANK | PENFIELD | NY | 14526 |
| 3594 | -35,461 30 | 9,949 69 | BERAN, PATRICIA | MASHPEE | MA | 02649 |
| 100435 | -18,978 00 | 5,324.82 | BERAN, RONALD H | MASHPEE | MA | 02649 |
| 2004335 | -128.85 | 36 15 | BERNAHL, MARK WAYNE | BEND | OR | 97702 |
| 4963 | -505 20 | 141.75 | BESSEY, CHR | SANTA CLARA | CA | 95051 |
| 5825 | -3,736.37 | 1,048 35 | BETD, KARSTEN | SEATTLE | WA | 98199 |
| 5000463 | -2,533 22 | 710.77 | BETTINGER, MARC H | PARKLAND | FL | 33076 |
| 2003553 | -214.13 | 60.08 | BLOOMER, WILLIAM A | WICHITA | KS | 67205 |
| 5000378 | -6,809 95 | 1,910.73 | BOUTIN, FRANCOIS R | FRANCE | | |
| 2004217 | -36 02 | 10.11 | BOWEN, DEBRA L | SACRAMENTO | CA | 95832 |
| 2008289 | -4,281.99 | 1,201.44 | BOWMAN, DOROTHY C | CHARLESTON | SC | 29412 |
| 2004234 | -3,087.50 | 866 29 | BRADY, WILLIAM J | RENO | NV | 89523 |
| 2004235 | -2,465 00 | 691.63 | BRADY, WILLIAM J | RENO | NV | 89523 |
| 100278 | -3,584.73 | 1,005 80 | BREGER, MELISSA A | WASHINGTON | DC | 20002 |
| 2009969 | -1,352.50 | 379.48 | BREMZE, IVARS A | LAS VEGAS | NV | 89106 |
| 2002011 | -439.74 | 123 38 | BRENNAN, WILLIAM P | ESSEXVILLE | MI | 48732 |
| 2002012 | -471 98 | 132.43 | BRENNAN, WILLIAM P | ESSEXVILLE | MI | 48732 |

*Indicates claimants paid by wire transfer
**Indicates claimant listed on Exhibit A & C and finally paid by wire transfer
***Indicates claimants listed on Exhibit A & C

| MC64N    |              |           | Exhibit A Reissues through 8/30/05 |                |       | Page  2    of  9 |
|----------|--------------|-----------|------------------------------------|----------------|-------|------------------|
| MC64N842 |              |           | AREMISSOFT, INC.                   |                |       | 03-Oct-05  3:13 PM |
| Claim #  | Net Amount   | Award     | Description                        | City / Country | State | Zip              |
| 2002292  | -1,644 95    | 461.54    | BROCK, JORDAN                      | CHICAGO        | IL    | 60607            |
| 1378     | -2,995 44    | 840.46    | BROCK, ROBERT S                    | ALBANY         | NY    | 12208            |
| 598      | -12,014 80   | 3,371.10  | BROMBERG, ALBERT M                 | SOUTHBURY      | CT    | 06488            |
| 2009977  | -10,989.00   | 3,083.28  | BROOKS, ROBERT C                   | HONOLULU       | HI    | 96815            |
| 2000573  | -4,731 44    | 1,327.54  | BROOKS, WILLIAM P                  | MARGATE        | NJ    | 08402            |
| 100244   | -23,185 75   | 6,505.43  | BROWN, JOEL M                      | PEMBROKE PNES  | FL    | 33029            |
| 2009337  | -32,090 10   | 9,003.80  | BRYDON, HARRY                      | MARS           | PA    | 16046            |
| 3669     | -466.66      | 130.93    | CAB LIMITED PARTNERS               | BOSTON         | MA    | 02205            |
| 5007632  | -7,435.13    | 2,086 14  | CALLAMARO, JOHN R                  | NORTH ANDOVER  | MA    | 01845            |
| 697      | -72,814.95   | 20,430.33 | CALVETTI, PAUL                     | RIDGEWOOD      | NJ    | 07450            |
| 2003470  | -62,817.13   | 17,625 15 | CAMAN, CHRISTOPHER A               | CARLSBAD       | CA    | 92009            |
| 5004723  | -348 97      | 97 91     | CARLSON, RICHARD ALL               | POMPANO BEACH  | FL    | 33069            |
| 5814     | -2,820.35    | 791.33    | CARR, RYAN                         | KIRKLAND       | WA    | 98033            |
| 4445     | -3,130 40    | 878.32    | CARR, RYAN                         | KIRKLAND       | WA    | 98033            |
| 4609     | -5,454 21    | 1,530.34  | CASSANDRA COATES DAN               | SANTA MONICA   | CA    | 90404            |
| 865      | -4,282.35    | 1,201 54  | CEGLIA, JAMES                      | WSHNGTN CRSNG  | PA    | 18977            |
| 3690     | -36,615 28   | 10,273 47 | CENTRAL PENSION FUND               | WASHINGTON     | DC    | 20016            |
| 100375   | -11,389 77   | 3,195.73  | CHANG, WEN CHI                     | BOCA RATON     | FL    | 33487            |
| 2013492  | -3,202.00    | 898 41    | CHAPMAN, JACKIE R                  | LUBBOCK        | TX    | 79407            |
| 2012153  | -96,882 90   | 27,183 28 | CHELMO, COURTLAND                  | WHITEFISH      | MT    | 59937            |
| 847      | -161.92      | 45 43     | CHIAO, TED H                       | SAN FRANCISCO  | CA    | 94105            |
| 4499     | -1,261 00    | 353 81    | CHIN, KYO (DAVID)                  | FRESH MEADOWS  | NY    | 11365            |
| 2002015  | -4,221.96    | 1,184 59  | CHRISTENSEN, RONALD                | GREENVILLE     | MI    | 48838            |
| 2015     | -394.15      | 110 59    | CHRISTOPHER, JANET                 | JAMAICA PLAIN  | MA    | 02130            |
| 2011773  | -3,099 00    | 869.51    | CHURCHILL, KEVIN M                 | SEATTLE        | WA    | 98104            |
| 5149     | -107,551.32  | 30,176 61 | CITI FORT POINT LTD                | CAYMAN ISLANDS |       |                  |
| 5003871  | -12,550 00   | 3,521 26  | CITI STREET LLC                    | MINNETONKA     | MN    | 55345            |
| 2013409  | -2,325 20    | 652.40    | CLARY, DAVID W                     | BATON ROUGE    | LA    | 70810            |
| 841      | -161.92      | 45 43     | CLAUS, LINDA G                     | DEERFIELD BCH  | FL    | 33442            |
| 2008192  | -17,378 67   | 4,876.09  | CLEARY, ROBERT D                   | COLFAX         | WI    | 54730            |
| 864      | -998.62      | 280.19    | CLELAND, DARRELL                   | SACRAMENTO     | CA    | 95864            |
| 5219     | -4,380.25    | 1,229.00  | COHEN, FRANK R                     | DENVER         | CO    | 80202            |
| 2001569  | -283.07      | 79 42     | COHEN, LOUIS                       | OWINGS MILLS   | MD    | 21117            |
| 2301     | -9,454.70    | 2,652 79  | COLE, JENNIFER R.                  | SAINT LOUIS    | MO    | 63141            |
| 672      | -112,981 06  | 31,700.08 | COLEMAN, RYAN                      | HOUSTON        | TX    | 77077            |
| 726      | -804.19      | 225 64    | COLLINS, MARION                    | MAGNOLIA       | TX    | 77354            |
| 3956     | -23,898.53   | 6,705 42  | COLLINS/FISHER FOUND               | NEW YORK       | NY    | 10038            |
| 2013287  | -13,255.00   | 3,719.07  | CONNER, JEFFREY H                  | ALEDO          | TX    | 76008            |
| 2000555  | -8,476.84    | 2,378.42  | CONSTANT, THOMAS P                 | NICEVILLE      | FL    | 32578            |
| 2000661  | -112.59      | 31.59     | CORBY, ALLAN                       | NEW YORK       | NY    | 10016            |
| 100256   | -5,530.29    | 1,551.68  | CORNETT, JANE                      | CHICAGO        | IL    | 60657            |
| 5001556  | -15,205.00   | 4,266.20  | COWHERD, SARAH M                   | BROOKLINE      | MA    | 02445            |
| 698      | -18,023.00   | 5,056 87  | CRAMER, GLEN                       | KIRKLAND       | WA    | 98034            |
| 5000911  | -84,681 38   | 23,759 79 | CRAMER, GLEN                       | KIRKLAND       | WA    | 98034            |
| 5007617  | -4,009.50    | 1,124.98  | CRAWFORD, WILLIAM R                | SEBASTIAN      | FL    | 32958            |

\*Indicates claimants paid by wire transfer
\*\*Indicates claimant listed on Exhibit A & C and finally paid by wire transfer
\*\*\*Indicates claimants listed on Exhibit A & C

| MC64N | | | Exhibit A Reissues through 8/30/05 | | | Page 3 of 9 | |
|---|---|---|---|---|---|---|---|
| MC64N842 | | | AREMISSOFT, INC. | | | 03-Oct-05 3:13 PM | |
| Claim # | Net Amount | Award | Description | City / Country | State | Zip | |
| 2004736 | -209,748.38 | 58,850.93 | CREDIT SUISSE FIRST | NEW YORK | NY | 10010 | |
| 2010041 | -250.44 | 70.27 | CURREY, DAVID | NEW SMYRNA | FL | 32169 | |
| 2012870 | -12,048.02 | 3,380.42 | DALEY, PATRICK J | RALEIGH | NC | 27613 | |
| 2012869 | -12,088.02 | 3,391.64 | DALEY, PATRICK J | RALEIGH | NC | 27613 | |
| 5006948 | -773.85 | 217.13 | DAPUZZO, PETER TORRE | NEW YORK | NY | 10003 | |
| 2007386 | -4,833.62 | 1,356.21 | DARA, JAGADISH | CINCINNATI | OH | 45249 | |
| 2012781 | -11,313.52 | 3,174.33 | DAVIS, JOHN C | PALM SPRINGS | CA | 92264 | |
| 2007891 | -6,295.65 | 1,766.42 | DAVIS, MICHAEL | NEW BERN | NC | 28563 | |
| 2007041 | -5,572.75 | 1,563.60 | DAVIS, MICHAEL | NEW BERN | NC | 28563 | |
| 3958 | -99,343.80 | 27,873.76 | DEAN, JIMMY | NEW YORK | NY | 10038 | |
| 2014899 | -199.52 | 55.98 | DECKER, JAMES J | TUCKAHOE | NY | 10707 | |
| 4296 | -6,396.67 | 1,794.77 | DELAWARE INVESTMENTS | PHILADELPHIA | PA | 19103 | |
| 5005057 | -256.34 | 71.92 | DICHIARA, STEVE C | BIRMINGHAM | AL | 35242 | |
| 5127 | -3,130.00 | 878.21 | DIMA VENTURES INC | GARDEN GROVE | CA | 92840 | |
| 2002926 | -226.96 | 63.68 | DOMINICCI, DONALD L | EVERGREEN | CO | 80439 | |
| 5001375 | -5,091.65 | 1,428.61 | DONADIO, WILLIAM THO | BAKERSFIELD | CA | 93311 | |
| 6080 | -1,226,715.99 | 344,190.40 | DONALDSON LUFKIN | NEW YORK | NY | 10010 | |
| 5001551 | -783.57 | 219.85 | DONOVAN, DORRANCE L | FOUNTAIN HLS | AZ | 85268 | |
| 5004532 | -21,403.36 | 6,005.33 | DOUBLET HILL LTD PAR | WESTON | MA | 02493 | |
| 4113 | -420.32 | 117.93 | DRESNER, EDWARD | RIDGEWOOD | NJ | 07450 | |
| 100095 | -33,220.65 | 9,321.01 | DUNN, PAUL | SAGAMORE BEACH | MA | 02562 | |
| 389 | -7,126.99 | 1,999.68 | DUNNING, ANDREW | UNITED KINGDOM | | | |
| 2012133 | -7,116.52 | 1,996.74 | DYER, KATHY S | SARASOTA | FL | 34238 | |
| 5073 | -511.30 | 143.46 | DYNE, LARRY | CALABASAS | CA | 91302 | |
| 4569 | -9,085.35 | 2,549.16 | EBERSOL, DICK | SANTA MONICA | CA | 90405 | |
| 4900 | -10,900.92 | 3,058.57 | EDWARD BRIDGE DANSON | SANTA MONICA | CA | 90405 | |
| 5001314 | -8,359.15 | 2,345.40 | ELDREDGE, PETER | GUILFORD | ME | 04443 | |
| 2016702 | -129.01 | 36.20 | EUGENE J GARVY INTER | PALM BEACH | FL | 33480 | |
| 5010558 | -1,542.95 | 432.92 | FABYANIC, SCOTT DAVI | SCOTTSDALE | AZ | 85255 | |
| 5010164 | -1,325.50 | 371.91 | FEIT, JASON MICHAEL | HOUSTON | TX | 77018 | |
| 5006075 | -295.93 | 83.03 | FERGUSON, JOANN A. | VIAN | OK | 74962 | |
| 3998 | -33,033.00 | 9,268.36 | FERRIS, THOMAS MARK | CHANTILLY | VA | 20152 | |
| 3954 | -22,133.10 | 6,210.08 | FISHER FAMILY FUN | NEW YORK | NY | 10038 | |
| 5010546 | -1,270.00 | 356.33 | FISHER, SEEGER J | PORTLAND | OR | 97205 | |
| 2012105 | -26,045.00 | 7,307.67 | FITZGERALD, BRIAN D | GREENWICH | CT | 06831 | |
| 2013391 | -21,795.00 | 6,115.21 | FITZGERALD, BRIAN D | GREENWICH | CT | 06831 | |
| 5000590 | -59.75 | 16.76 | FLIS, DOMINIC A | LITTLE ROCK | AR | 72211 | |
| 5000593 | -77.88 | 21.85 | FLIS, DOMINIC A | LITTLE ROCK | AR | 72211 | |
| 5000592 | -39.83 | 11.17 | FLIS, JESSICA | LITTLE ROCK | AR | 72211 | |
| 4595 | -42.60 | 11.95 | FLYNN, ROBERT | PLEASANTVILLE | NY | 10570 | |
| 2013633 | -4,350.03 | 1,220.53 | FROEHLING, DONALD L | OMAHA | NE | 68134 | |
| 5009423 | -626.96 | 175.91 | FROLLO, PETER | VALLEY PARK | MO | 63088 | |
| 3957 | -27,803.81 | 7,801.16 | FULLER FAMILY INVEST | NEW YORK | NY | 10038 | |
| 2013572 | -15,366.40 | 4,311.48 | FULLER, TERRY W | RAPID CITY | SD | 57702 | |
| 5006279 | -704.01 | 197.53 | GARVY, EUGENE J | PALM BEACH | FL | 33480 | |

\*Indicates claimants paid by wire transfer
\*\*Indicates claimant listed on Exhibit A & C and finally paid by wire transfer
\*\*\*Indicates claimants listed on Exhibit A & C


| MC64N | | | Exhibit A Reissues through 8/30/05 | | | Page 4 of 9 | |
|---|---|---|---|---|---|---|---|
| MC64N842 | | | AREMISSOFT, INC. | | | 03-Oct-05 3:13 PM | |
| Claim # | Net Amount | Award | Description | City / Country | State | Zip | |
| 5007199 | -1,000.54 | 280.73 | GAYLORD, PAULA R | WARWICK | RI | 02886 | |
| 2001549 | -1,815.57 | 509.41 | GELFAND, STEVEN E | DELRAY BEACH | FL | 33484 | |
| 5004988 | -229.08 | 64.27 | GILMOR, CHARLES H | DUNNELLON | FL | 34432 | |
| 2011964 | -2,541.00 | 712.95 | GINSBERG, DANIEL J | BRIARCLIFF | NY | 10510 | |
| 2014946 | -23,273.97 | 6,530.18 | GIST, EDWARD L | KILLEN | AL | 35645 | |
| 2009366 | -300.00 | 84.17 | GLASER, PAUL | ST AUGUSTINE | FL | 32095 | |
| 1293 | -7,620.84 | 2,138.25 | GLASS, STANLEY L | ALLENTOWN | PA | 18103 | |
| 2010141 | -761.61 | 213.69 | GOEHRY, ELMA | BREWSTER | WA | 98812 | |
| 5000123 | -2,956.90 | 829.64 | GOEHRY, MARK | BREWSTER | WA | 98812 | |
| 2010140 | -1,538.11 | 431.56 | GOEHRY, MARK | BREWSTER | WA | 98812 | |
| 2010340 | -11,222.00 | 3,148.65 | GOLDMAN, MERCURY | PALM SPRINGS | CA | 92262 | |
| 2009627 | -325.57 | 91.35 | GONZALEZ, FRANCISCO | MEXICO | | | |
| 2006860 | -325.57 | 91.35 | GONZALEZ, FRANCISCO | MEXICO | | | |
| 5010063 | -6,223.92 | 1,746.30 | GOODE, MARY | BENTONVILLE | VA | 22610 | |
| 5006543 | -439.70 | 123.37 | GORDON, ARNOLD M | FARMINGTN HLS | MI | 48334 | |
| 2013983 | -13,353.60 | 3,746.74 | GOTCHER, NOLAN H | WINSTON SALEM | NC | 27106 | |
| 5007169 | -1,633.31 | 458.27 | GRANT THORNTON LLP | CHICAGO | IL | 60604 | |
| 4891 | -1,455.20 | 408.30 | GRAY, ELLEN | DENVER | CO | 80220 | |
| 5152 | -155,589.23 | 43,655.03 | GREEN COAST OFFSHORE | SAN FRANCISCO | CA | 94104 | |
| 2005517 | -20,263.32 | 5,685.46 | GREEN, BRADY | MIDLOTHIAN | VA | 23113 | |
| 5831 | -8,888.85 | 2,494.02 | GREENE, JOEL | NORTHRIDGE | CA | 91325 | |
| 5002374 | -3,562.74 | 999.63 | GRIFFIN, CHRISTOPHER | AURORA | CO | 80016 | |
| 3686 | -60,507.78 | 16,977.20 | GVIT NATIONWIDE SMAL | CONSHOHOCKEN | PA | 19428 | |
| 2005113 | -12,235.00 | 3,432.88 | HALES, WILLIAM P | BALTIMORE | MD | 21202 | |
| 100277 | -22,517.83 | 6,318.02 | HAMMOND, SHAWN | SHELTON | WA | 98584 | |
| 2007078 | -7,711.02 | 2,163.55 | HAMPALA, ANDOR | THAILAND | | | |
| 5001685 | -1,549.35 | 434.71 | HAN, KRISTINE | NORTHRIDGE | CA | 91326 | |
| 2002558 | -22,544.00 | 6,325.37 | HANLEY, MICHAEL J | SAN ANTONIO | TX | 78259 | |
| 100223 | -5,852.00 | 1,641.95 | HANSEN, CHRIS | WHITEFISH | MT | 59937 | |
| 3913 | -10,532,769.90 | 2,955,271.11 | HARRIS INSIGHT SMALL | WILMINGTON | DE | 19809 | |
| 3702 | -275,812.49 | 77,387.11 | HARSCO CIF SSGA | BUFFALO | NY | 14240 | |
| 5723 | -4,832.46 | 1,355.89 | HASS, THOMAS E | MENOMONIE | WI | 54751 | |
| 2001453 | -1,920.70 | 538.91 | HAZELRIGG, LESLIE E | JOHNSON CITY | TN | 37604 | |
| 5006976 | -432.32 | 121.30 | HENDERSON, DRAKE H | WINDER | GA | 30680 | |
| 1198 | -2,565.56 | 719.84 | HINTZ, LAURA | MEQUON | WI | 53092 | |
| 5001778 | -35,364.60 | 9,922.55 | HIRSCH, LEWIS J | ROUND LAKE HEIGHTS | IL | 60073 | |
| 4761 | -1,722.68 | 483.35 | HONIGBLUM, GREGG R | NEW YORK | NY | 10023 | |
| 2010208 | -2,715.79 | 761.99 | HORNBUCKLE, SUSAN F | DECATUR | GA | 30033 | |
| 3572 | -41,094.00 | 11,530.10 | HOWARD, PAMELA | JERSEY CITY | NJ | 07399 | |
| 4295 | -410,670.00 | 115,225.26 | IBM TDSP 401K | WESTWOOD | MA | 02090 | |
| 5000854 | -1,218.04 | 341.76 | INKLEY, RONALD W | OGDEN | UT | 84403 | |
| 5007680 | -444.48 | 124.71 | IRVING, ALEX | CRESCO | PA | 18326 | |
| 5007681 | -443.04 | 124.31 | IRVING, EDDIE | CRESCO | PA | 18326 | |
| 5007682 | -1,231.58 | 345.56 | IRVING, JAMES F | CRESCO | PA | 18326 | |
| 3704 | -186,798.18 | 52,411.59 | IWIF BATTERYMARCH | BUFFALO | NY | 14240 | |

\*Indicates claimants paid by wire transfer
\*\*Indicates claimant listed on Exhibit A & C and finally paid by wire transfer
\*\*\*Indicates claimants listed on Exhibit A & C

| MC64N | | | Exhibit A Reissues through 8/30/05 | | | Page 5 of 9 |
|---|---|---|---|---|---|---|
| MC64N842 | | | AREMISSOFT, INC. | | | 03-Oct-05  3:13 PM |
| Claim # | Net Amount | Award | Description | City / Country | State | Zip |
| 2001216 | -1,527.15 | 428.49 | JACKSON, ALYSON R | EAGLE | ID | 83616 |
| 2012470 | -9,888.54 | 2,774.51 | JAQUA, CONNIE | SPRINGFIELD | OR | 97478 |
| 2006490 | -12,891.75 | 3,617.15 | JAYNE, GORDON | DAYTON | MD | 21036 |
| 2396 | -4,728.53 | 1,326.72 | JJTEN, LAWRENCE | PITTSBURGH | PA | 15243 |
| 2012199 | -893.55 | 250.71 | JONES, DEMETRIUS V | DECATUR | GA | 30036 |
| 2003086 | -2,483.37 | 696.78 | JONES, GARY D | GILBERT | AZ | 85297 |
| 2013047 | -399.07 | 111.97 | JONSSON, DONNA | DESTIN | FL | 32541 |
| 3705 | -31,291.40 | 8,779.70 | KAPLAN, ISAAC L. | BUFFALO | NY | 14240 |
| 2010240 | -36,390.00 | 10,210.26 | KATZ, ARTHUR J | BETHLEHEM | PA | 18015 |
| 100340 | -23,231.98 | 6,518.40 | KAZMIER, HENRYK | VISALIA | CA | 93277 |
| 5006651 | -352.55 | 98.92 | KELLER, DANIEL LEE | NEW YORK | NY | 10021 |
| 2013583 | -7,596.52 | 2,131.42 | KEYES, CYNTHIA L | WOODBRIDGE | VA | 22192 |
| 2012673 | -88,642.92 | 24,871.32 | KIM, LOUIS L | SAN JOSE | CA | 95125 |
| 2361 | -3,446.38 | 966.98 | KISNER, JEREMY | LAS VEGAS | NV | 89135 |
| 2012893 | -5,582.99 | 1,566.47 | KNIGHT, WILLIAM M | VACAVILLE | CA | 95688 |
| 5009376 | -153.90 | 43.18 | KOHLMETZ, PATRICIA | BOULDER | CO | 80305 |
| 2013020 | -3,597.59 | 1,009.41 | KOLAR, RONALD A | DOWNEY | CA | 90241 |
| 2013015 | -20,526.70 | 5,759.35 | KOLAR, RONALD ALVIN | DOWNEY | CA | 90241 |
| 3955 | -66,983.36 | 18,794.10 | KRAMER, WILLIAM | NEW YORK | NY | 10038 |
| 1305 | -459.59 | 128.95 | KUCMA, PETER S | PASADENA | CA | 91106 |
| 3988 | -12,364.00 | 3,469.08 | KYOCERA INT'L INC. D | SAN FRANCISCO | CA | 94120 |
| 5000778 | -8,076.31 | 2,266.04 | LANE, ALAN G | LAS VEGAS | NV | 89129 |
| 5000777 | -6,005.16 | 1,684.92 | LANE, ALAN G | LAS VEGAS | NV | 89129 |
| 5000779 | -1,632.00 | 457.90 | LANE, JUDITH M | LAS VEGAS | NV | 89129 |
| 3946 | -11,815.95 | 3,315.30 | LANGENEGGER, CONSTAN | OMAHA | NE | 68106 |
| 4939 | -7,505.20 | 2,105.80 | LANHAM, DONALD MATTH | INDIAN WELLS | CA | 92210 |
| 1588 | -4,220.25 | 1,184.11 | LASPINA, MIKE | MESA | AZ | 85207 |
| 1069 | -2,868.61 | 804.87 | LEBOEUF, JULIA M | SACRAMENTO | CA | 95818 |
| 5000758 | -1,111.00 | 311.72 | LEE, MICHAEL | ROSEVILLE | CA | 95747 |
| 2010828 | -15,990.40 | 4,486.57 | LESSER, SONDRA | BOYNTON BEACH | FL | 33436 |
| 2007120 | -4,641.37 | 1,302.27 | LIAO, JINGMING | FOLSOM | CA | 95630 |
| 2006640 | -263.94 | 74.05 | LING, YAOJUN | ARCADIA | CA | 91007 |
| 2010313 | -3,587.16 | 1,006.48 | LONG, RICHARD R | FREELAND | WA | 98249 |
| 1942 | -100,595.73 | 28,225.02 | LOOPUYT, J. | SWITZERLAND | | |
| 5007636 | -4,498.50 | 1,262.18 | LOUKIDES, SHIRLEY | TOMS RIVER | NJ | 08757 |
| 100320 | -1,836.05 | 515.16 | LUNSFORD, WALKER | DALLAS | TX | 75240 |
| 2007289 | -287,626.82 | 80,701.96 | LUONG, KHUONG | DALLAS | TX | 75287 |
| 5807 | -11,169.99 | 3,134.06 | LYONS, PAUL | SUN CITY | AZ | 85351 |
| 5010351 | -1,196.70 | 335.77 | MACOLINI, KIRK | ITHACA | NY | 14850 |
| 2011206 | -147.56 | 41.40 | MAJOR, STEVEN | NEW ROCHELLE | NY | 10804 |
| 2002160 | -18,450.00 | 5,176.68 | MALAKOWSKY, STEPHEN | WABASHA | MN | 55981 |
| 2011755 | -7,803.42 | 2,189.47 | MALAKOWSKY, STEPHEN | WABASHA | MN | 55981 |
| 2002159 | -2,637.60 | 740.05 | MALAKOWSKY, STEPHEN | WABASHA | MN | 55981 |
| 2013630 | -136,480.00 | 38,293.38 | MANARIN INVESTMENT C | OMAHA | NE | 68118 |
| 2013608 | -10,964.92 | 3,076.52 | MANARIN, ANN E | OMAHA | NE | 68118 |

*Indicates claimants paid by wire transfer
**Indicates claimant listed on Exhibit A & C and finally paid by wire transfer
***Indicates claimants listed on Exhibit A & C

| MC64N | | Exhibit A Reissues through 8/30/05 | | | | Page 6 of 9 |
|---|---|---|---|---|---|---|
| MC64N842 | | AREMISSOFT, INC. | | | | 03-Oct-05  3:13 PM |
| Claim # | Net Amount | Award | Description | City / Country | State | Zip |
| 2013723 | -10,120.00 | 2,839.46 | MANARIN, ITALO | OMAHA | NE | 68118 |
| 2001148 | -319 93 | 89 77 | MARCHETTI III, LOUIS | MIDLOTHIAN | VA | 23113 |
| 5007527 | -3,472.13 | 974 20 | MARKS, ALLAN | DELRAY BEACH | FL | 33445 |
| 5006202 | -282 30 | 79.21 | MARTIN, DOUGLAS T | YORBA LINDA | CA | 92887 |
| 5006357 | -623 11 | 174.83 | MATTHEWS, STACEY M | WASHINGTON DEPOT | CT | 06794 |
| 5162 | -53.22 | 14 93 | MATTHEWS, STEPHEN D | NEW YORK | NY | 10014 |
| 100317 | -11,574.01 | 3,247.42 | MATTUS, JOHN & JIM | BALLWIN | MO | 63021 |
| 2001466 | -17,547.66 | 4,923.50 | MAYNE, JACK E | VERO BEACH | FL | 32963 |
| 5001591 | -10,051.25 | 2,820.17 | MCGARRITY FAMILY TRU | LAS VEGAS | NV | 89138 |
| 2011769 | -5,094.05 | 1,429 28 | MCGUIRE, SUSANA | MIAMI | FL | 33196 |
| 5004634 | -204.42 | 57.36 | MCLAUGHLIN, ANN V. | WALTHAM | MA | 02453 |
| 4554 | -213.76 | 59 98 | MCLOY, KARA | HINGHAM | MA | 02043 |
| 5886 | -121,455 55 | 34,077.84 | MFD JC BURN CENTER | CHAPEL HILL | NC | 27517 |
| 100037 | -15,764 25 | 4,423 11 | MILLBURG, LEO | EVANSTON | WY | 82930 |
| 2002827 | -3,734.46 | 1,047.81 | MILLIS SR, WILLIAM | AURORA | CO | 80016 |
| 5934 | -140,700.38 | 39,477.53 | MLECS INTERNET STRAT | PLAINSBORO | NJ | 08536 |
| 100250 | -592.00 | 166.10 | MOODY, RICHARD | PARIS | TN | 38242 |
| 2013390 | -10,680.00 | 2,996.58 | MORRELL, JAMES L | WOODBURY | MN | 55125 |
| 3950 | -61,047.63 | 17,128 67 | MUNS INVESTORS | NEW YORK | NY | 10038 |
| 3953 | -20,240 42 | 5,679 03 | MURPHY FAMILY PARTNE | NEW YORK | NY | 10038 |
| 2013648 | -7,155 00 | 2,007.54 | MUZZARELLI, DOLORES | OMAHA | NE | 68164 |
| 916 | -827 56 | 232 20 | NAST, PHILIP R | GLADWYNE | PA | 19035 |
| 100097 | -5,806 76 | 1,629 25 | NEYFAKH, ALEXANDER | CHICAGO | IL | 60657 |
| 4616 | -592 70 | 166.30 | NILES, KAREN F | REDONDO BEACH | CA | 90278 |
| 2002002 | -368.51 | 103.40 | NORRIS, JEFFREY GRAN | ALLENTON | MI | 48002 |
| 2000279 | -12,681 40 | 3,558 13 | OCUIN, ANN | NASHUA | NH | 03064 |
| 5138 | -3,638 64 | 1,020 92 | ONJ PROD LTD RETI | SANTA MONICA | CA | 90405 |
| 5005289 | -256.37 | 71.93 | OSTRICH, DOUG E | CEDAR FALLS | IA | 50613 |
| 100386 | -36,066 25 | 10,119.42 | OZGULER, AYHAN | COCONUT CREEK | FL | 33073 |
| 3609 | -1,365 40 | 383.10 | OZGULER, AYHAN | COCONUT CREEK | FL | 33073 |
| 5001803 | -28,942.95 | 8,120.78 | PA, ALAN N KOHN MD | WEST PALM BCH | FL | 33407 |
| 5000920 | -2,454 00 | 688.54 | PATERSON, ROBERT DOU | SOUTH HERO | VT | 05486 |
| 2008225 | -1,795.20 | 503.69 | PEISSIG, BRADLEY A | MINNEAPOLIS | MN | 55444 |
| 2012029 | -1,584.50 | 444.58 | PHELPS, DONALD E | EUGENE | OR | 97401 |
| 2012021 | -5,331.00 | 1,495.77 | PHELPS, FRANCES JEAN | EUGENE | OR | 97401 |
| 2012030 | -1,584.50 | 444.58 | PHELPS, MYRTLE M | EUGENE | OR | 97401 |
| 5001844 | -2,666 60 | 748 19 | PHIPPS, FRANK H | LIVE OAK | FL | 32060 |
| 2000569 | -18,978.00 | 5,324.82 | PIRO, FRANCIS | ATLANTIC CITY | NJ | 08401 |
| 2001550 | -13,112 15 | 3,678 99 | PLANTE, DARYL S | BOCA RATON | FL | 33486 |
| 2001551 | -11,711.00 | 3,285 86 | PLANTE, DARYL S | BOCA RATON | FL | 33486 |
| 2000895 | -6,313.96 | 1,771.56 | PLUMB, DOROTHY A | BUFFALO | NY | 14221 |
| 5680 | -4,277.38 | 1,200.14 | POTTS, GREGORY | NINE MILE FLS | WA | 99026 |
| 5679 | -4,461 84 | 1,251 90 | POTTS, SHANNON | NINE MILE FLS | WA | 99026 |
| 2009789 | -100,317 00 | 28,146 82 | POURA, MICHAEL | HENDERSON | NV | 89074 |
| 2015275 | -13,110.00 | 3,678.39 | POWERS, RICHARD J | HIXSON | TN | 37343 |

\*Indicates claimants paid by wire transfer  
\*\*Indicates claimant listed on Exhibit A & C and finally paid by wire transfer  
\*\*\*Indicates claimants listed on Exhibit A & C

| MC64N | | | Exhibit A Reissues through 8/30/05 | | | Page 7 of 9 | |
|---|---|---|---|---|---|---|---|
| MC64N842 | | | AREMISSOFT, INC. | | | 03-Oct-05  3:13 PM | |
| Claim # | Net Amount | Award | Description | City / Country | State | Zip | |
| 2002176 | -25,594.00 | 7,181.13 | PROKOS, ANDY | ALGONQUIN | IL | 60102 | |
| 2013023 | -7,913.13 | 2,220.25 | PSALTIS, ARTHUR A | LA CRESCENTA | CA | 91214 | |
| 2000687 | -1,631.60 | 457.79 | PURCELL, DANIEL P | MANHASSET | NY | 11030 | |
| 5004140 | -337.80 | 94.78 | PURCELL, JOSEPH P. | GREENWICH | CT | 06831 | |
| 5001191 | -8,345.00 | 2,341.43 | QIAN, LI HONG | MORGANVILLE | NJ | 07751 | |
| 5007190 | -909.46 | 255.18 | RAWDEN, JOSEPH | BONITA SPGS | FL | 34134 | |
| 4238 | -23,022.20 | 6,459.54 | RAYTHEON COMPANY - M | WALTHAM | MA | 02451 | |
| 5002001 | -4,522.96 | 1,269.05 | REDDING, ROGER W | KNOXVILLE | TN | 37922 | |
| 2008431 | -26,331.87 | 7,388.16 | REZEK, JERRY J | LEXINGTON | KY | 40503 | |
| 100524 | -3,238.60 | 908.68 | RHYNE, JAMES | LOS ALAMOS | NM | 87544 | |
| 100018 | -15,609.00 | 4,379.55 | RONAN, JAMES | BILLINGS | MT | 59106 | |
| 2007947 | -7,628.52 | 2,140.40 | RONAN, JAMES | BILLINGS | MT | 59106 | |
| 2010519 | -199.10 | 55.86 | RONG, JIN & YAN Y LI | ARLINGTON | TX | 76004 | |
| 2003053 | -3,328.00 | 933.77 | ROSS, RONALD | CHANDLER | AZ | 85249 | |
| 1567 | -6,789.19 | 1,904.90 | ROTH, JEFF | DEERFIELD BCH | FL | 33442 | |
| 4690 | -506.24 | 142.04 | RUARK, JOEL | MAHOPAC | NY | 10541 | |
| 1554 | -417,947.86 | 117,267.28 | RUSSELL 3000 EQUITY | BOSTON | MA | 02111 | |
| 2000568 | -18,978.00 | 5,324.82 | RUTIGLIANO, JOSEPH | ATLANTIC CITY | NJ | 08401 | |
| 2005143 | -5,249.20 | 1,472.81 | SACKLER, JOHN F | BOCA RATON | FL | 33434 | |
| 4589 | -3,638.64 | 1,020.92 | SAINT JAMES EBERSOL, | SANTA MONICA | CA | 90405 | |
| 2006882 | -438.97 | 123.17 | SAMPAYO, NEVIL | FT LAUDERDALE | FL | 33317 | |
| 2013640 | -19,382.50 | 5,438.32 | SARTIN, RUBY D | SCRANTON | IA | 51462 | |
| 5002393 | -7,422.50 | 2,082.60 | SAVALA, RUBEN | JACKSONVILLE | FL | 32256 | |
| 2013702 | -17,375.01 | 4,875.06 | SAYE, STEVEN R | ELKHORN | NE | 68022 | |
| 2013600 | -14,282.49 | 4,007.36 | SAYE, STEVEN R | ELKHORN | NE | 68022 | |
| 2006666 | -209.14 | 58.68 | SCHAEFER, JEFFREY | VALRICO | FL | 33594 | |
| 3851 | -1,555.50 | 436.44 | SCHEEL, MIKE J. | CAMAS | WA | 98607 | |
| 2010531 | -46,633.00 | 13,084.23 | SCHULTZ, CORINNE HAR | SAINT PAUL | MN | 55123 | |
| 4426 | -2,442.00 | 685.17 | SCOTT, JEFF | CANADA | | | |
| 2013323 | -988.40 | 277.32 | SCRIGGINS, JENNIFER | SPOKANE | WA | 99202 | |
| 3563 | -16,105.94 | 4,518.98 | SECURITY SMALL CAP | TOPEKA | KS | 66636 | |
| 2003649 | -9,634.95 | 2,703.36 | SELLE, TIMOTHY LOUIS | ANAHEIM | CA | 92805 | |
| 3611 | -37,121.90 | 10,415.61 | SERIFOGLU, EMINE I | COCONUT CREEK | FL | 33073 | |
| 3608 | -1,031.34 | 289.37 | SERIFOGLU, EMINE I | COCONUT CREEK | FL | 33073 | |
| 4435 | -229,001.00 | 64,252.81 | SHADRAKE, GLENN | VENICE | CA | 90291 | |
| 4436 | -7,480.00 | 2,098.73 | SHADRAKE, GLENN | VENICE | CA | 90291 | |
| 2012290 | -7,495.00 | 2,102.94 | SHAW, MARY | CARMEL | IN | 46032 | |
| 2011213 | -3,802.50 | 1,066.90 | SHERR, ALAN L | WESTIN | FL | 33326 | |
| 5006680 | -313.61 | 87.99 | SHERWOOD, GEORGE K. | AKRON | OH | 44333 | |
| 100094 | -21,203.71 | 5,949.31 | SHRIVASTAVA, ATUL | NAPERVILLE | IL | 60564 | |
| 2000323 | -35,202.33 | 9,877.02 | SHUMAN, BRIAN DAVID | S BURLINGTON | VT | 05403 | |
| 2000324 | -11,240.00 | 3,153.70 | SHUMAN, CYNTHIA A | S BURLINGTON | VT | 05403 | |
| 4497 | -1,385.52 | 388.75 | SINGHAL, JENNIFER AN | NEWPORT BEACH | CA | 92660 | |
| 4769 | -20,983.00 | 5,887.38 | SINGHAL, SHELLY | NEWPORT BEACH | CA | 92660 | |
| 5001681 | -14,642.52 | 4,108.38 | SMITH FAMILY TRUST | COARSEGOLD | CA | 93614 | |

*Indicates claimants paid by wire transfer
**Indicates claimant listed on Exhibit A & C and finally paid by wire transfer
***Indicates claimants listed on Exhibit A & C

| MC64N | | | Exhibit A Reissues through 8/30/05 | | | Page 8 of 9 | |
|---|---|---|---|---|---|---|---|
| MC64N842 | | | AREMISSOFT, INC. | | | 03-Oct-05  3:13 PM | |
| Claim # | Net Amount | Award | Description | City / Country | State | Zip | |
| 4004 | -1,764.72 | 495.14 | SMITH, ANTHONY FEBEN | UNITED KINGDOM | | | |
| 599 | -32,495.40 | 9,117.52 | SOLOMON, IRVIN A | FREEHOLD | NJ | 07728 | |
| 2001297 | -40.50 | 11.36 | SONNENFELD, ELIZABET | JOHNSON CITY | NY | 13790 | |
| 5009865 | -5,274.46 | 1,479.90 | SOPER, PHILLIP | WEST UNION | SC | 29696 | |
| 3703 | -47,738.16 | 13,394.31 | SOUTHERN STATES REN | BUFFALO | NY | 14240 | |
| 2006941 | -7,802.95 | 2,189.34 | SOUTHWICK, GORDON | GARIBALDI | OR | 97118 | |
| 5000560 | -1,266.00 | 355.21 | SOUTHWICK, THERESE M | GARIBALDI | OR | 97118 | |
| 400 | -104,116.17 | 29,212.78 | SPATARO, STEPHANIE | WESTFIELD | NJ | 07090 | |
| 5762 | -3,731.35 | 1,046.94 | SPEARS, JEFF | CASTLE ROCK | CO | 80108 | |
| 5953 | -4,941.84 | 1,386.58 | SPEARS, JEFF & | CASTLE ROCK | CO | 80108 | |
| 5952 | -3,743.85 | 1,050.44 | SPEARS, MELANIE | CASTLE ROCK | CO | 80108 | |
| 3706 | -110,165.87 | 30,910.20 | STA/ILA PEN-COLUMBIA | BUFFALO | NY | 14240 | |
| 5003583 | -214.98 | 60.32 | STANISLAW, DAVID | BIRMINGHAM | MI | 48009 | |
| 2002974 | -6,340.95 | 1,779.14 | STARN, STANLEY J | FORT LAUDERDALE | FL | 33308 | |
| 2002975 | -106,601.00 | 29,909.97 | STARN, STANLEY J | FORT LAUDERDALE | FL | 33308 | |
| 2001309 | -3,221.95 | 904.01 | STOAKLEY, ROBERT | SNELLVILLE | GA | 30078 | |
| 100306 | -219,820.00 | 61,676.81 | STOUT, MIKE | WILMETTE | IL | 60091 | |
| 444 | -13,819.20 | 3,877.37 | STROOT, TOM | SEABROOK | TX | 77586 | |
| 5001735 | -13,148.00 | 3,689.05 | SULTAN, JEFFREY E | LOS ANGELES | CA | 90067 | |
| 5007093 | -380.14 | 106.66 | SUTHERLAND, VERYL NA | NEWPORT BEACH | CA | 92660 | |
| 2012916 | -15,240.00 | 4,276.02 | SWEET, P W KIRKLAND | LAKE FOREST | IL | 60045 | |
| 5244 | -443.77 | 124.51 | TARPON PARTNERS LP | COPPELL | TX | 75019 | |
| 2002564 | -18,888.00 | 5,299.57 | TATE, CHAD | DALLAS | TX | 75225 | |
| 5007428 | -396.29 | 111.19 | TESKE, CARLTON J. | MINOA | NY | 13116 | |
| 2013217 | -120,004.90 | 33,670.82 | TEXAS CAPITAL VALUE | AUSTIN | TX | 78730 | |
| 2011592 | -43,873.60 | 12,310.00 | THE EGAN LIVING | BLUFFTON | SC | 29909 | |
| 2000536 | -5,622.30 | 1,577.50 | THOMAS, LAURIE J | LINWOOD | NJ | 08221 | |
| 5007816 | -229.73 | 64.46 | TILGHMAN, CHRISTOPHE | LADY LAKE | FL | 32159 | |
| 4430 | -12,630.00 | 3,543.71 | TOFTEMARK, JORGEN | ASTORIA | OR | 97103 | |
| 3699 | -45,346.30 | 12,723.21 | TORNQVIST, MARTIN | FINLAND | | | |
| 2006965 | -68.09 | 19.11 | TRAN, THANH | PHILADELPHIA | PA | 19103 | |
| 2008373 | -248.68 | 69.77 | TSAI, TSUEY-YING | LA JOLLA | CA | 92037 | |
| 703 | -10,245.92 | 2,874.79 | TSCHIDA, JOHN | SAINT MICHAEL | MN | 55376 | |
| 2010939 | -134.89 | 37.85 | TURNER, D EARL | OGDEN | UT | 84404 | |
| 2003923 | -567,231.73 | 159,153.15 | TURNEY, SCOTT | SAN FRANCISCO | CA | 94132 | |
| 2010628 | -189.30 | 53.11 | TWEARDY, KARL | GLEN ALLEN | VA | 23059 | |
| 4059 | -1,607.55 | 451.04 | TWOMEY, LEE J | BOSTON | MA | 02116 | |
| 2013279 | -3,064.96 | 859.96 | TWUM, NANA A | GURNEE | IL | 60031 | |
| 2144 | -98,025.20 | 27,503.79 | UCKO, DIANA | ISRAEL | | | |
| 5005293 | -245.40 | 68.85 | VANDERPLOEG, MARTIN | TUTHILL | SD | 57574 | |
| 5005292 | -87.22 | 24.47 | VANDERPLOEG, MARTIN | TUTHILL | SD | 57574 | |
| 5000101 | -25,499.90 | 7,154.73 | VANSANT, DEREK NEWTO | BETHESDA | MD | 20814 | |
| 2001093 | -6,598.53 | 1,851.41 | VANSANT, DEREK NEWTO | BETHESDA | MD | 20814 | |
| 5103 | -106.00 | 29.74 | VIMCO PARTNERS | SANTA BARBARA | CA | 93110 | |
| 2013686 | -6,185.16 | 1,735.42 | WALKER, NORMAN E | DAVENPORT | FL | 33897 | |

\*Indicates claimants paid by wire transfer  
\*\*Indicates claimant listed on Exhibit A & C and finally paid by wire transfer  
\*\*\*Indicates claimants listed on Exhibit A & C  -

| MC64N | | | Exhibit A Reissues through 8/30/05 | | Page | 9 | of | 9 |
| MC64N842 | | | AREMISSOFT, INC. | | 03-Oct-05 | | 3:13 PM | |
| Claim # | Net Amount | Award | Description | City / Country | State | Zip | | |
| 5659 | -85,584.00 | 24,013 05 | WANG, JIAN HUA | WEST ROXBURY | MA | 02132 | | |
| 2000644 | -4,706.72 | 1,320 60 | WEGIMONT, PAUL | BROOKLYN | NY | 11211 | | |
| 5003582 | -676.90 | 189.92 | WEISER, FRED | WHITE LAKE | MI | 48386 | | |
| 4643 | -667 60 | 187 31 | WEISS, JEFFREY | PINE BROOK | NJ | 07058 | | |
| 2009764 | -45,230 10 | 12,690.60 | WEISS, NORMAN | LEESBURG | VA | 20176 | | |
| 1139 | -717.98 | 201.45 | WELLS, VICKI R | GREENVILLE | SC | 29606 | | |
| 2008179 | -4,132.56 | 1,159.51 | WENDT, GERALDINE | MENOMONIE | WI | 54751 | | |
| 3687 | -17,001.25 | 4,770.19 | WENGELEWSKI, HENRY B | GREENDALE | WI | 53129 | | |
| 5008436 | -512.50 | 143.80 | WEST HILLS GASTROENT | PORTLAND | OR | 97225 | | |
| 5004224 | -8,574.01 | 2,405 68 | WESTCORE SMALL CAP | DENVER | CO | 80202 | | |
| 5003377 | -294 16 | 82 54 | WEVER, DWIGHT M | SCOTTSDALE | AZ | 85255 | | |
| 5000507 | -267,000 53 | 74,914.67 | WIENER, PHYLLIS | BOCA RATON | FL | 33498 | | |
| 2013708 | -8,058 36 | 2,261 00 | WILLIAMS, EDWIN L | SUGAR LAND | TX | 77479 | | |
| 2000887 | -4,191 35 | 1,176.00 | WILLIAMS, JANE L | VERO BEACH | FL | 32966 | | |
| 2002979 | -1,613.45 | 452 70 | WILLYARD, MICHELLE B | DENVER | CO | 80239 | | |
| 2009200 | -24,386.20 | 6,842.25 | WOESTMAN, EUGENE T | WINCHESTER | KY | 40391 | | |
| 5008093 | -4,421.94 | 1,240.70 | WOOTEN FAMILY LMTD P | BAYTOWN | TX | 77520 | | |
| 5005952 | -175.27 | 49.18 | ZIMBEROFF, SERGE | SANTA ROSA | CA | 95406 | | |
| | -22,491,088.31 | 6,310,520.70 | 378 | | | | | |

*Indicates claimants paid by wire transfer
**Indicates claimant listed on Exhibit A & C and finally paid by wire transfer
***Indicates claimants listed on Exhibit A & C

# Exhibit B

BARCODE
Control No. XXXXXX

AremisSoft Corporation Liquidating Trust
P.O. Box 8861
Melville, NY 11747-8861

Address Line#1
Address Line#2
Address Line#3
Address Line#4
Address Line#5
City, State, Zip

Check Number: xxxxxxx
Check Date: xx/xx/xx
Batch Number: xxxxxxx
Claim Number: xxxxxxx

---

**JOSEPH P. LASALA and FRED S. ZEIDMAN, TRUSTEES**
**AREMISSOFT CORPORATION LIQUIDATING TRUST**
c/o 200 Park Avenue, 15th Floor
New York, New York 10166
(212) 801-9200

---

Re:   In re AremisSoft Corporation Securities Litigation          In re AremisSoft Corporation
      Civil Action No. 01-CV-2486 (JAP)                            Chapter 11 Case No. 02-32621 (RG)

Dear Authorized Claimant:

    On behalf of Joseph P. LaSala and Fred S. Zeidman as trustees (the "Trustees") of the AremisSoft Corporation Liquidating Trust (the "Trust"), we are pleased to attach a reissued check at your request representing your *pro rata* portion of the first interim cash distribution from the Trust ("First Interim Cash Distribution"). This First Interim Cash Distribution equates to a recovery of approximately 28% of your allowed claim.

    The Trust has recently entered into a settlement agreement with Roys Poyiadjis, former principal of the AremisSoft Corporation ("AremisSoft"), and with other individuals, the terms of which were approved pursuant to Orders of the Honorable Joel A. Pisano, United States District Judge for the District of New Jersey (the "Court").

    The Trust commenced and prosecuted a Chancery Action in the Isle of Man against, among others, Roys Poyiadjis, Spyros Poyiadjis, and their trustees Roger Meyer, Trevor Baines, and Peter Grut, and certain affiliated entities for damages arising from securities fraud, common law fraud, breach of fiduciary duty, and claims of conspiracy and aiding and abetting. In addition, the Trustees intervened in a Criminal Justice Act proceeding in the Isle of Man relating to assets located there. Further, pursuant to an Order of the Court, the Trust and the United States, by the United States Attorney for the Southern District of New York, entered into a Coordination Agreement, dated September 14, 2004, pursuant to which the Trust is to receive all of the proceeds of all recoveries, wherever located, relating to AremisSoft.

    As set forth above, the Trust has successfully negotiated a settlement with certain defendants who have paid 151,768,098.35 Euros (approximately USD $200,000,000.00). The Trustees continue to investigate and prosecute litigation against certain others and are hopeful of additional significant recoveries to the Trust and distributions to Authorized Claimants in the future; however, there can be no assurance that such recoveries will occur.

    As an Authorized Claimant and Trust beneficiary, you previously received a *pro rata* distribution of the majority of the public stock of SoftBrands, Inc. which at average current market value approximates 8% of your allowed claim. Together with the enclosed 28% First Interim Cash Distribution, you have received an interim recovery of approximately 36% of your allowed claim. Pursuant to prior Order of the Court, SoftBrands, Inc. has received a distribution of 10% of the amount distributed in the First Interim Cash Distribution.

    The amount distributed to each Authorized Claimant in the First Interim Cash Distribution was calculated based upon the Proofs of Claim submitted to the Claim Administrator and in accordance with the *Amended Stipulation and Agreement of Settlement with AremisSoft Corporation* and as described in the *Notice of Pendency of Class Action, Hearing on Proposed Partial Settlement with AremisSoft, Assignment of Class Claims, and Attorneys' Fee Petition and Right to Share in Settlement Securities*, as approved by the Court on March 22, 2002, and an Order of the Court dated June 9, 2005.

    This reissued check is the result of information relayed to the Trust's Claim Administrator or diligence conducted by the Claim Administrator to protect your interests as an Authorized Claimant and locate you notwithstanding an incorrect or expired address. The original distribution check has been stopped. You must negotiate your check within 90 days of the original check mailing date of June 23, 2005. Thus, after **September 21, 2005**, no distribution check will be honored or reissued and your right to a distribution will have been forfeited.

    Please advise the Claim Administrator in writing if you change your address and direct any questions you may have about this distribution to: AremisSoft Corporation Securities Litigation, c/o The Garden City Group, Inc., Claim Administrator, P.O. Box 8861, Melville, New York 11747-8861, telephone: (888) 755-4647.

---

GREENBERG TRAURIG, LLP
Attn: Hal M. Hirsch, Esq.
200 Park Avenue
New York, New York 10166
(212) 801-9200

Counsel for the AremisSoft Corporation Liquidating Trust

---

| SCHIFFRIN & BARROWAY LLP<br>Attn: Richard S. Schiffrin, Esq.<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>(610) 667-7706<br><br>Lead Counsel for Plaintiffs | MILBERG WEISS BERSHAD & SCHULMAN LLP<br>Attn: Melvyn I. Weiss, Esq.<br>One Penn Plaza<br>New York, New York 10119<br>(212) 594-5300<br><br>Executive Committee Member |
|---|---|
| BERGER & MONTAGUE, P.C.<br>Attn: Todd S. Collins, Esq.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>(215) 875-3000<br><br>Executive Committee Member | LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Attn: Joseph J. DePalma, Esq.<br>Two Gateway Center, 12th Floor<br>Newark, New Jersey<br>(973) 623-3000<br><br>Liaison Counsel for Plaintiffs |

# Exhibit C

```
MC64N                    Exhibit C Reissues 8/31/05- 9/14/05           Page  1   of   1
MC64N841                        AREMISSOFT, INC.                       03-Oct-05  3:09 PM
```

| Claim # | Net Amount | Award | Description | City / Country | State | Zip |
|---|---|---|---|---|---|---|
| 2013606 | -2,307,106.68 | 647,325 04 | ***LIFETIME ACHIEVEM | OMAHA | NE | 68118 |
| 100507 | -59,946 82 | 16,819 80 | ***STEIN, ARTHUR L | LOS ANGELES | CA | 90067 |
| 1330 | -48,093 11 | 13,493 90 | **BATES, DAVID | AUSTRALIA | | |
| 3569 | -17,812 07 | 4,997.69 | *BAXTER, PHILIP | UNITED KINGDOM | | |
| 5005714 | -243.36 | 68 28 | ALEXANDER, RAYMOND W | WALNUT CREEK | CA | 94595 |
| 5004355 | -2,864 28 | 803.66 | ANDREASEN, CLIFFORD | FARMINGDALE | ME | 04344 |
| 5006248 | -1,723 00 | 483 44 | BURNETT, ALLISON | LOS ANGELES | CA | 90025 |
| 5003712 | -3,725.20 | 1,045 21 | CITY OF CADILLAC ACT | CADILLAC | MI | 49601 |
| 5003714 | -149 43 | 41.93 | DESHANO, GARY L | GLADWIN | MI | 48624 |
| 5004605 | -2,630.34 | 738 02 | GOLDMAN, MARK | WESTON | MA | 02493 |
| 2000160 | -56.85 | 15.95 | HARRIS, ANNIE CLAY | SALEM | MA | 01970 |
| 2002962 | -502 93 | 141 11 | HORNISH, RICHARD S | COLORADO SPRINGS | CO | 80906 |
| 100381 | -18,522.45 | 5,197 01 | HYDE, TIM | DELAND | FL | 32720 |
| 2011273 | -932.72 | 261.70 | LAND, JACK C | SAN DEIGO | CA | 92128 |
| 5003772 | -3,834.76 | 1,075.95 | MERITER FOUNDATION, | MADISON | WI | 53715 |
| 5007542 | -213.16 | 59 81 | MORITZ, CARL J. | MT POCONO | PA | 18344 |
| 5607 | -56,098 12 | 15,739.94 | MUTUAL OF AMERICA | NEW YORK | NY | 10022 |
| 4083 | -122,654 00 | 34,414 10 | NEW YORK CITY TEACHE | NEW YORK | NY | 02149 |
| 5004614 | -1,718 60 | 482.20 | PURDY CORPORATION RE | MANCHESTER | CT | 06045 |
| 5004590 | -5,072.90 | 1,423.35 | PURDY JR, JOHN M | MANCHESTER | CT | 06045 |
| 2006041 | -5,327.48 | 1,494.78 | QUITTMAN, KENNETH | GAITHERSBURG | MD | 20878 |
| 5003581 | -364 41 | 102 25 | SHAY JR, JOHN E | DETROIT | MI | 48221 |
| 5007916 | -177 22 | 49.72 | UEHLING, MARK S. | NEWTOWN | PA | 18940 |
| 2004747 | -40,898.00 | 11,475.11 | VANGUARD TOTAL STOCK | VALLEY FORGE | PA | 19482 |
| 2012835 | -94,636.48 | 26,552.98 | WALSH, CHRISTOPHER G | OAK PARK | IL | 60304 |
| | -2,795,304.37 | 784,302.93 | 25 | | | |

*Indicates claimants paid by wire transfer
**Indicates claimant listed on Exhibit A & C and finally paid by wire transfer
***Indicates claimants listed on Exhibit A & C