NOT FOR PUBLICATION                                                              CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Civ. No. 01-2486 |
| AREMISSOFT CORPORATION SECURITIES LITIGATION, | |
| In re: | Chapter 11 Case No. 02-32621 (RG) |
| AREMISSOFT CORPORATION, a Delaware corporation | **ORDER** |
| Respondent. | |

Upon the *ex parte* Application (the "Application") of the AremisSoft Liquidating Trust (the "Trust"), by its co-trustees, Joseph P. La Sala and Fred S. Ziedman, in accordance with the prior Order of this Court dated April 26, 2006 (the "Order Provisionally Closing Case"), for an Order re-opening the captioned case; and it appearing that the relief sought in the Application is in the best interests of the Trust and the beneficiaries thereof; and no notice or service being required; and upon the terms of the Order Provisionally Closing Case; and good and sufficient cause appearing; IT IS

**ON** this 10th day of January 2007,

**ORDERED** that the relief sought in the Application be, and hereby is, granted; and it is further

**ORDERED** that the captioned case, Civil Action No. 01-CV-02486 (JAP), shall be re-

opened in order to consider the Motion of the Trust for substantive relief, filed contemporaneously with the Application; and it is further

**ORDERED** that, upon disposition of such Motion, this case shall be re-closed in accordance with the terms and provisions set forth in the Order Provisionally Closing Case; and it is further

**ORDERED** that this Court shall retain jurisdiction and authority to implement, enforce, and interpret the terms of this Order.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.