**CLOSED**

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Civ. No. 01-2486 |
| AREMISSOFT CORPORATION SECURITIES LITIGATION, | : | |
| In re: | : | Chapter 11 Case No. 02-32621 (RG) |
| AREMISSOFT CORPORATION, a Delaware corporation | : | **ORDER** |
| Respondent. | : | |

Upon the *ex parte* Application (the "Application") of the AremisSoft Liquidating Trust (the "Trust"), by its co-trustees, Joseph P. La Sala and Fred S. Ziedman, in connection with the Motion to Extend the Term of the AremisSoft Liquidating Trust (the "Motion"); and it appearing that the relief sought in the Application is in the best interests of the Trust and the beneficiaries thereof; and no notice or service of the Application being required; and good and sufficient cause appearing; IT IS

**ON** this 10th day of January 2007,

**ORDERED** that the relief sought in the Application be, and hereby is, granted; and it is further

**ORDERED** that copies of the Motion and its supporting papers, including this Order, shall be served by overnight delivery, upon counsel for the class members, (i) Schiffrin &

Barroway, LLP, lead counsel for the plaintiffs; (ii) Milberg, Weiss, Bershad & Schulman, LLP, executive committee member; (iii) Berger & Montague, PC, executive committee member; and (iv) Lite, DePalma, Greenberg & Rivas, LLC, liaison counsel for the plaintiffs; as well as upon SoftBrands, Inc.; within two business days after entry hereof; and it is further

**ORDERED** that any opposition to the relief sought in the Motion shall be filed with the Court, and served so as to be received by counsel for the Trust, no later than January 15, 2007, at 5:00 p.m.; and it is further

**ORDERED** that a hearing on the Motion shall commence before the Hon. Joel A. Pisano, United States District Judge, in his Courtroom at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, on Tuesday, January 16, 2007 at 10:00 a.m.; but that if no objections are timely filed and served, no hearing shall be held; and it is further

**ORDERED** that this Court shall retain jurisdiction and authority to implement, enforce, and interpret the terms of this Order.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.